UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RUBY KRUPA GROB,

        Plaintiff,         Case Number 16-10166
                                                  Honorable Terrence G. Berg

v.

ALLSTATE INSURANCE COMPANY,

        Defendant.
_____/

## ORDER OF DISMISSAL

The Court was notified via email that the parties had reached a resolution in this matter. Parties were directed to submit a stipulation and proposed order of dismissal by July 21, 2017. That date has passed, and parties have taken no further action. Therefore, the case will be dismissed.

Accordingly, it is **ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE**. The Court retains jurisdiction over this matter to enforce the terms of the settlement agreement. *See, e.g., Moore v. United States Postal Serv.*, 369 Fed. App'x 712 (6th Cir. 2010).

    **SO ORDERED**.

                                      s/Terrence G. Berg
                                      TERRENCE G. BERG
                                      UNITED STATES DISTRICT JUDGE

Dated:    July 27, 2017

### Certificate of Service

I hereby certify that this Order was electronically submitted on July 27, 2017 July 27, 2017 using the CM/ECF system, which will send notification to all parties.

                                        s/A. Chubb
                                        Case Manager